## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

MATIAS CORTES PEREZ,

      Petitioner,

      v.

JEFFREY CRAWFORD, *et al.*,

      Respondents.

Case No. 2:26-cv-14

## <u>ORDER</u>

Before the Court is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. ECF No. 1. In his petition, the *pro se* petitioner seeks either release from ICE custody or a bond hearing before an Immigration Judge. *Id.* at 6. On January 21, 2026, the respondents filed an opposition to the petition. ECF No. 7. The petitioner did not file a response.

The matter was referred for disposition to a United States Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B), Federal Rule of Civil Procedure 72(b), Local Civil Rule 72, and the April 2, 2002 Standing Order on Assignment of Certain Matters to United States Magistrate Judges. In a Report and Recommendation ("R&R"), entered on February 19, 2026, the Magistrate Judge recommended that the relief sought by the petition be granted, and that the petitioner be released from ICE custody. ECF No. 12. The parties were advised of their right to file written objections to the R&R. Neither the petitioner nor the respondents filed an objection with the Court.

Having reviewed the record and having heard no objection, the Court agrees with the R&R on the grounds stated by the Magistrate Judge and **ADOPTS** and **APPROVES** the R&R (ECF No. 12) in its entirety.

Accordingly, the petition (ECF No. 1) is **GRANTED.**

It is further **ORDERED** that:

The respondents release the petitioner on the bond that was set by the Immigration Judge on August 19, 2025, no later than one day after entry of this final order, with all his personal property;

The respondents shall file a status report with the Court no later than three days after entry of this final order confirming that the petitioner has been released from custody;

The respondents are **ENJOINED** from detaining the petitioner on the grounds that he is subject to detention pursuant to 8 U.S.C. § 1225(b)(2); and

The respondents are **ENJOINED** from rearresting the petitioner unless: (1) he has committed a new violation of any federal, state, or local law; (2) he has failed to attend any properly noticed immigration or court hearing; or (3) he is subject to an administratively final removal order pursuant to § 1231.

The Clerk is **DIRECTED** to forward a copy of this Order to the petitioner and counsel of record for the respondents.

**IT IS SO ORDERED**.

_____ /s/ _____

Jamar K. Walker
United States District Judge

Norfolk, Virginia
March 11, 2026

3